ACCEPTED
05-15-00560-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/28/2015 5:19:39 PM
LISA MATZ
CLERK

NO. 05-15-00560-CR

T.C. No. F14-75905-J

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/28/2015 5:19:39 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| CLEZEL MONTAGUE MUGHNI | * | FIFTH |
| Appellant | * | DISTRICT COURT |
| VS. | * | OF APPEALS |
| STATE OF TEXAS, | * | IN |
| Appellee | * | DALLAS, TEXAS |

MOTION FOR EXTENSION OF TIME

TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, the Defendant in the above-styled and numbered cause, by and through his attorney of record, and moves the Court to extend the time for filing the Appellant's Brief, and in accordance with the appellate rules, submits the following facts:

1. Trial Court: Criminal District Court Number 3

2. Date of appealable order: 04-22-2015

3. Cause number: F14-75905-J

4. Chanda Renee Kimbell vs. State of Texas

5.  Offense for which Appellant was convicted: Capital Murder

6.  Punishment assessed: Life confinement without the possibility of parole.

7.  Date Motion for New Trial filed: 04-27-2015

8.  Date Notice of Appeal filed: 04-27-2015

9.  Deadline for filing Appellant's brief: 10-28-2015

10. Length of time requested for the extension: 30 days

11. The number of extensions of time which have been granted previously regarding this item: 0

12. The facts relied upon to reasonably explain the need for an extension:

    a.  Counsel is going to be out of town October 30-November 2, 2015.

    b.  Counsel is writ master on a writ of habeas corpus, has held a hearing and is preparing findings of fact and conclusions of law cause numbers W02-74060 Q and W02-74062-Q.

    c.  Counsel is diligently working on Appellant's brief in Robert Alex v. State of Texas, Case Number 05-15-00539-CR, which is currently overdue and the appeal has been abated for a hearing to be held regarding the continued prosecution of such an appeal.

In addition, the undersigned counsel respectfully shows the Court that unless this motion is granted, the Appellant will be denied the effective assistance of counsel on appeal and any meaningful appeal as provided by statute.

WHEREFORE, PREMISES CONSIDERED, the Appellant prays that this Honorable Court will extend the time within which to file the Appellant's Brief until the 27th November 2015.

Respectfully submitted,

/s/ Jennifer Balido

Jennifer Balido
3500 Maple Avenue, Suite 400
Dallas, TX 75219
214-845-7570

jbalido@aol.com
State Bar No. 10474880

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was served on the office of Craig Watkins, Criminal District Attorney for Dallas County, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207,

/s/ Jennifer Balido
Attorney for Appellant